UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERRY LEWIS,** | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-637 (RMC) |
| **UNITED STATES PAROLE COMMISSION,** *et al.*, | ) | |
| Respondents. | ) | |

## MEMORANDUM

This action is before the Court on the Respondents' opposition to Mr. Terry Lewis's petition for a writ of *habeas corpus*. By Order of January 11, 2006, Mr. Lewis was directed to respond to the Respondents' opposition by February 15, 2006. To date, the Court has not received Mr. Lewis's response or a motion to enlarge the time for him to respond. Pursuant to the advisements set forth in the previous Order, the Court considers the Respondents' opposition as conceded and, accordingly, dismisses the case. A separate Order accompanies this Memorandum.

Signed: April 5, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge