# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY LEWIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-637 (RMC) |
| ) | |
| **UNITED STATES PAROLE** ) | |
| **COMMISSION,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM

This action is before the Court on the Respondents' opposition to Mr. Terry Lewis's petition for a writ of *habeas corpus*. By Order of August 10, 2006, the Court reopened this case and directed Mr. Lewis to respond to the Respondents' opposition by September 19, 2006. To date, the Court has not received Mr. Lewis's response or a motion to enlarge the time for him to respond. Pursuant to the advisements set forth in the previous Order, the Court considers the Respondents' opposition as conceded and, accordingly, dismisses the case. A separate Order accompanies this Memorandum.

Signed: November 8, 2006                    /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge